Joseph S. Farzam, CA SBN 210817
Giorgio O. Panagos, SBN 325892
**JOSEPH FARZAM LAW FIRM**
A Professional Law Corporation
11766 Wilshire Blvd. Suite 280
Los Angeles, California 90025
Tel: (310) 226-6890

Attorneys for Plaintiff, ANTHONY MARRONGIELLO

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTHONY MORRONGIELLO,<br><br>Plaintiff,<br><br>vs.<br><br>PRINCESS CRUISE LINES, LTD., (d.b.a. PRINCESS CRUISES), and DOES 1 to 20, inclusive<br><br>Defendants. | CASE NO.: 2:19-CV-07302-GW-PJW<br><br>Judge: Hon. George H. Wu<br>Magistrate: Hon. Patrick J. Walsh<br><br>**ORDER RE: DISMISSAL** |

## ORDER OF DISMISSAL

Having review the request for dismissal filed herein by plaintiff including notice of settlement among the parties and finding good cause;

**IT IS ORDER AND ADJUGED** as follows:

This case is hereby deemed dismissed.

Dated: May 24, 2021

*/s/ George H. Wu*
_____
HON. GEORGE H. WU,
U.S. DISTRICT JUDGE